UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JOSHUA M. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-CV-00804-MLP<br><br><br><br>ORDER |

Based on the stipulation of the parties, the Court hereby ORDERS that this matter be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff the opportunity for a hearing; further consider the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.920c; take any further action needed to complete the administrative record; and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff may be entitled to

reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 22nd day of September, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Shata L. Stucky
SHATA L. STUCKY
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2909
Email: shata.stucky@ssa.gov